# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN M. CLARK, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-15-22-M |
| GRADY COUNTY LAW ENFORCEMENT CENTER, | ) |
| Defendant. | ) |

## ORDER

On February 12, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action. The Magistrate Judge recommended that this action be dismissed without prejudice to refiling. Plaintiff was advised of his right to object to the Report and Recommendation by March 5, 2015. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 7] issued by the Magistrate Judge on February 12, 2015, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 24th day of March, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE